# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-14-55-BMM |
| Plaintiff, | |
| vs. | |
| MARIA ROSE NEWTON, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter March 21, 2017. (Doc. 110.) Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on March 7, 2017. (Doc. 107.) Newton admitted that she violated the conditions of her supervised release. The violations prove serious and warrant revocation of Newton's supervised release. Judge Johnston has recommended that the Court revoke Newton's supervised release and commit Newton to the custody of the Bureau of Prisons for

1

eighteen months to run consecutively (Doc. 110 at 5.) Judge Johnston further has recommended that Newton's term of custody be followed by 6 months of supervised release. Judge Johnston recommends that Newton spend her supervised release term in Great Falls Prerelease Center.

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Newton's violations of his conditions represent a serious breach of the Court's trust. A sentence of eighteen months custody followed by 6 months of supervised release to be spent at the Great Falls Prerelease Center represents a sufficient, but not greater than necessary, sentence.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 110) is ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant Maria Rose Newton be sentenced to eighteen months custody followed by 6 months of supervised release to be spent at the Great Falls Prerelease Center. The conditions previously imposed shall be continued.

DATED this 11th day of April, 2017.

Brian Morris
United States District Court Judge